UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL EDWIN SPEAGLE,

                    Plaintiff,                                Civil Action No. 13-cv-14231

vs.                                                           HON. BERNARD A. FRIEDMAN

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on cross motions for summary judgment [docket entries 14 and 22]. Magistrate Judge R. Steven Whalen has submitted a Report and Recommendation ("R&R") in which he recommends that plaintiff's motion be granted in part, that defendant's motion be granted in part, and that the matter be remanded for further proceedings. Neither party has objected to the R&R and the objection period has expired. The Court has had an opportunity to review this matter and believes the Magistrate Judge has reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that plaintiff's motion for summary judgment is granted in part.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted in part.


IT IS FURTHER ORDERED that this matter is remanded to the Commissioner of Social Security for further proceedings as outlined in Magistrate Judge R. Steven Whalen's R&R.


S/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated:  November 7, 2014
           Detroit, Michigan